**Order entered May 24, 2019**



**In The**
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-00033-CR

### CHARLES WILLIAM BRYANT, Appellant

### V.

### THE STATE OF TEXAS, Appellee

**On Appeal from the County Court at Law
Rockwall County, Texas
Trial Court Cause No. CR17-2311**

## ORDER

Before the Court is appellant's May 24, 2019 first motion for extension of time to file his brief. We **GRANT** the motion and **ORDER** appellant's brief due on or before June 25, 2019.

Counsel is reminded that an attorney of record in an appeal may register on the Court's website at www.txcourts.gov/5thcoa/ and access the reporter's record via the attorney portal.

/s/    BILL PEDERSEN, III
        JUSTICE